# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kenneth J. Zerambo aka Kenneth John Zerambo aka Kenneth Zerambo <br><br> Debtor | CHAPTER 13 |
| FLAGSTAR BANK, N.A., its successors and/or assignees <br><br> Movant <br> vs. | NO. 23-11426 MDC |
| Kenneth J. Zerambo aka Kenneth John Zerambo aka Kenneth Zerambo <br><br> Debtor | |
| Kenneth E. West, Esquire <br><br> Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of FLAGSTAR BANK, N.A., which was filed with the Court on or about June 22, 2023.

Dated: July 24, 2023

                                            Respectfully submitted,

                                            /s/Mark A. Cronin
                                            Mark A. Cronin, Esq.
                                            KML Law Group, P.C.
                                            BNY Mellon Independence Center
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA  19106
                                            Phone: (215) 627-1322
                                            mcronin@kmllawgroup.com