# United States Bankruptcy Court
### District of New Jersey

In re    **Kenneth J. Zerambo**
              Debtor*

Case No.   **23-11426-pmm**
Chapter   **13**

## CERTIFICATION IN OPPOSITION TO CARRINGTON MORTGAGE SERVICES, LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY (DOCKET NO. 29)

I, Erik M. Helbing, having been first sworn according to law depose and say the following:

1. I am an adult individual over the age of 18 and am the Attorney for the Debtor in the above-captioned matter.

2. The information contained within the Certification is within my personal knowledge and as such I am competent to provide it.

3. The above-captioned case was filed on May 16, 2023, with the filing of a Voluntary Petition pursuant to Chapter 13 of the United States Bankruptcy Code.

4. On May 16, 2023, the Debtor filed a Chapter 13 Plan.

5. The Order Confirming Chapter 13 Plan was entered on October 19, 2023.

6. On May 2, 2024, Kenneth E. West, Chapter 13 Trustee, filed a Motion to Dismiss Case for Failure to Make Plan Payment.

7. Pursuant to the Motion to Dismiss, the Debtor(s) has/have failed to commence or continue making timely payments to the trustee as required by 11 U.S.C. Section 1326..

8. A Motion to Modify the Confirmed Plan will be filed prior to the Motion to Dismiss hearing scheduled for 6/6/2024.

9. I understand that any intentionally false statements in this document are subject to punishment.

Respectfully Submitted:

  /s/Erik M. Helbing
Erik M. Helbing, Attorney for Debtor