**United States Bankruptcy Court**
**District of New Jersey**

In re   **Kenneth J. Zerambo**
　　　　　　Debtor*

Case No.  **23-11426-pmm**
Chapter  **13**

## AMENDED-CERTIFICATION IN RESPONSE TO TRUSTEE'S MOTION TO DISMISS (DOCKET NO. 37)

I, Erik M. Helbing, having been first sworn according to law depose and say the following:

1. I am an adult individual over the age of 18 and am the Attorney for the Debtor in the above-captioned matter.

2. The information contained within the Certification is within my personal knowledge and as such I am competent to provide it.

3. The above-captioned case was filed on May 16,2023, with the filing of a Voluntary Petition pursuant to Chapter 13 of the United States Bankruptcy Code.

4. On May 16,2023, the Debtor filed a Chapter 13 Plan.

5. The Order Confirming Chapter 13 Plan was entered on October 19, 2023.

6. On May 2, 2024, Kenneth E. West, Chapter 13 Trustee, filed a Motion to Dismiss Case for Failure to Make Plan Payment.

7. Pursuant to the Motion to Dismiss, the Debtor(s) has/have failed to commence or continue making timely payments to the trustee as required by 11 U.S.C. Section 1326..

8. A Motion to Modify the Confirmed Plan will be filed prior to the Motion to Dismiss hearing scheduled for 6/6/2024.

9. I understand that any intentionally false statements in this document are subject to punishment.

　　　　　　　　　　　　　　　　　　　Respectfully Submitted:


　　　　　　　　　　　　　　　　　　　　/s/Erik M. Helbing
　　　　　　　　　　　　　　　　　　　Erik M. Helbing, Attorney for Debtor