# United States Bankruptcy Court
### Eastern District of Pennsylvania

| | | |
|---|---|---|
| In re **Kenneth J. Zerambo** | Case No. | **2:23-bk-11426** |
| Debtor(s) | Chapter | **13** |

## CERTIFICATE OF SERVICE

I hereby certify that on **June 4, 2024**, a copy of **Amended Notice of Motion, Motion to Modify Plan Post-Confirmation Proposed Order and the Fifth Amended Plan** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Connie Zerambo**
**436 McClellan Street**
**Philadelphia, PA 19148-1817**

**Kenneth J. Zerambo**
**436 McClellan Street**
**Philadelphia, PA 19148-1817**

**Flagstar Bank**
**PO Box 619063**
**Dallas, TX 75261-9063**

**United States Trustee**
**ecf**

**SCOTT F WATERMAN CHAPTER 13 TRUSTEE**
**1234 Market Street - Suite 1813**
**Philadelphia, PA 19107-3704**

**Flagstar Bank**
**5151 Corporate Drive**
**Troy, MI 48098**

**KML Law Group, P.C.**
**701 Market Street, Suite 5000**
**Philadelphia, PA 19106**

/s/Erik M. Helbing
**Erik M. Helbing**
**Bowe & Odorizzi Law**
**109 West Broad Street**
**Tamaqua, PA 18252-1916**
**(570) 668-1241 Fax:(570) 371-5445**
**ehelbing@helbingconsumerlaw.com**