# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kenneth J. Zerambo aka Kenneth John Zerambo aka Kenneth Zerambo<br><br>                    Debtor(s) | CHAPTER 13 |
| Flagstar Bank, N.A.<br><br>                    Movant<br><br>        vs. | NO. 23-11426 PMM |
| Kenneth J. Zerambo aka Kenneth John Zerambo aka Kenneth Zerambo<br><br>                    Debtor(s) | 11 U.S.C. Section 362 |
| KENNETH E. WEST ESQUIRE<br><br>                    Trustee | |

## **ORDER**

AND NOW, this __27th__ day of __June__, 2024 at Philadelphia, upon consideration of this Stipulation it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the court retains discretion regarding entry of any further order.

*Patricia M. Mayer*

Hon. Patricia M. Mayer
United States Bankruptcy Judge