# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re **Kenneth J. Zerambo**                          Case No. **23-11426**
Debtor(s)                                Chapter **13**

## **CERTIFICATION OF NO RESPONSE**

The undersigned certifies that he served all affected parties in accordance with the applicable Bankruptcy Rules; that at least 21 days have passed since service of the Debtor's Modified Chapter 13 Plan pursuant to the Order Granting Stipulation and that he has received no response in opposition to the aforementioned Modified Plan.

Respectfully Submitted,

Dated: August 1, 2024                  /s/ Erik M. Helbing
                                             Erik M. Helbing, Esq.
                                             I.D. 203832
                                             109 West Broad Street
                                             Tamaqua, PA  18252
                                             570-668-1241