# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  KENNETH J. ZERAMBO | : | Chapter 13 |
| | : | |
| | : | |
| Debtor, | : | Bankruptcy No.  2:23-bk-11426 |

## O R D E R

AND NOW, this __10th__ day of __October__, **2024,** upon consideration of the Debtor's Motion to Modify Plan Post-Confirmation, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**. The Motion is doc. # 42.

2. The Debtor's Amend Chapter 13 Plan at Docket # _56_ is **APPROVED**.

_____
Honorable Judge Mayer